**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LOVETT, ROBYN L.     §   Case No. 11-80645
                            §
                            §
Debtor(s)                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　U.S. Bankruptcy Court
　　Stanley J. Roszkowski U.S. Courthouse
　　327 South Church Street
　　Rockford, IL 61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/05/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/24/2012          By:  /s/JAMES E. STEVENS
                                                                       Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LOVETT, ROBYN L.                                    § Case No. 11-80645
                                                           §
                                                           §
Debtor(s)                                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $       7,500.00

*and approved disbursements of*              $         212.69

*leaving a balance on hand of* [1]           $       7,287.31

**Balance on hand:**                         $       7,287.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $     7,287.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 1,188.00 | 0.00 | 1,188.00 |

Total to be paid for chapter 7 administration expenses:   $     2,688.00
Remaining balance:                                        $     4,599.31

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,599.31 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,093.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Diane Powers Carroll County Treasurer | 5,093.61 | 0.00 | 4,599.31 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 4,599.31 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,530.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | B-Line, LLC | 7,530.05 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:  $     0.00

Prepared By:   /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-80645-MB
Robyn L. Lovett                                                           Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman          Page 1 of 2          Date Rcvd: Aug 08, 2012
                              Form ID: pdf006         Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2012.
db         +Robyn L. Lovett,    14742 Three Mile Road,    Savanna, IL 61074-8447
16842309   +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
16842308    Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
16842310   +Chase / Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
16842311    Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16842312    Citicorp Credit Services,    P.O. Box 2695,    Waterloo, IA 50704-2695
18374963   +Diane Powers,    Carroll County Treasurer,    P.O. Box 198,    Mt. Carroll, IL 61053-0198
16842307   +Hampilos & Langley Ltd,    308 West State St Suite 210,    Rockford, IL 61101-1140
16842315   +IndyMac Federal Bank,    P.O. Box 78826,    Phoenix, AZ 85062-8826
16842306   +Lovett Robyn L,    14742 Three Mile Road,    Savanna, IL 61074-8447
16842316    NCO Financial Systems, Inc.,    P.O. Box 15760,    Wilmington, DE 19850-5760
16842317    Pinnacle Credit Services,    P.O. Box 640,    Hopkins, MN 55343-0640
16842318    The Home Depot Credit,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
16842319    Village Of Lombard,    P.O. Box 6507,    Chicago, IL 60680-6507
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17993508    E-mail/Text: resurgentbknotifications@resurgent.com Aug 09 2012 00:32:17    B-Line, LLC,
             MS 550,   PO Box 91121,    Seattle, WA 98111-9221
16842313    E-mail/Text: bknotice@erccollections.com Aug 09 2012 00:35:32    Enhanced Recovery Corporation,
             8014 Bayberry Road,    Jacksonville, FL 32256-7412
16842314   +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 09 2012 00:34:28    Equable Ascent Financial LLC,
             1120 W. Lake Cook Road #B,    Buffalo Grove, IL 60089-1970
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 10, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cbachman            Page 2 of 2             Date Rcvd: Aug 08, 2012
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2012 at the address(es) listed below:

        George P Hampilos   on behalf of Debtor Robyn Lovett georgehamp@aol.com, kris@hampilos-langley.com
        James E Stevens   on behalf of Trustee James Stevens jimstevens@bslbv.com
        James E Stevens   jimstevens@bslbv.com, IL48@ecfcbis.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 4