**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LOVETT, ROBYN L.　　　　　　　　　　§　Case No. 11-80645
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $100,850.00　　　　*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $4,599.31 | Claims Discharged Without Payment: $66,646.32 |
| Total Expenses of Administration: $2,900.69 | |

　　　3) Total gross receipts of $　　7,500.00　　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　0.00　　(see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,900.69 | 2,900.69 | 2,900.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,093.61 | 5,093.61 | 4,599.31 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,621.97 | 9,375.68 | 9,375.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $58,621.97 | $17,369.98 | $17,369.98 | $7,500.00 |

4) This case was originally filed under Chapter 7 on February 21, 2011. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2013          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5766 Miner Road, Thomson, IL 1/2 interest | 1110-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 1,188.00 | 1,188.00 | 1,188.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.69 | 12.69 | 12.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,900.69 | $2,900.69 | $2,900.69 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Diane Powers Carroll County Treasurer | 5800-000 | N/A | 5,093.61 | 5,093.61 | 4,599.31 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,093.61 | $5,093.61 | $4,599.31 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | B-Line, LLC | 7100-000 | N/A | 7,530.05 | 7,530.05 | 0.00 |
| NOTFILED | NCO FINANCIALSYSTEMS, INC. | 7100-000 | 8,185.00 | N/A | N/A | 0.00 |
| NOTFILED | PINNACLE CREDIT SERVICES | 7100-000 | 8,065.00 | N/A | N/A | 0.00 |
| NOTFILED | VILLAGE OF LOMBARD | 7100-000 | 27.40 | N/A | N/A | 0.00 |
| NOTFILED | THE HOME DEPOT CREDIT | 7100-000 | 7,530.00 | N/A | N/A | 0.00 |
| NOTFILED | EQUABLE ASCENT FINANCIAL LLC | 7100-000 | 9,717.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE CARDMEMBER SERVICE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ENHANCED RECOVERY CORPORAITON | 7100-000 | 15,380.82 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CAPITAL ONE BANK | 7100-000 | 0.00 | 1,438.00 | 1,438.00 | 0.00 |
| NOTFILED | CAPITAL ONE BANK | 7100-000 | 0.00 | 407.63 | 407.63 | 0.00 |
| NOTFILED | CHASE/BANK ONE CARD SERVICES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ENHANCED RECOVERY CORPORATION | 7100-000 | 9,716.75 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$58,621.97** | **$9,375.68** | **$9,375.68** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-80645  
**Case Name:** LOVETT, ROBYN L.  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/11 (f)  
**§341(a) Meeting Date:** 03/24/11  

**Period Ending:** 01/09/13  
**Claims Bar Date:** 01/19/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 14742 Three Mile Road, Savanna, IL | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 5766 Miner Road, Thomson, IL 1/2 interest | 42,000.00 | 7,500.00 | | 7,500.00 | FA |
| 3 | Cash on hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking account | 160.00 | 0.00 | DA | 0.00 | FA |
| 5 | co-owner (1/2) on son's account | 2.00 | 0.00 | DA | 0.00 | FA |
| 6 | misc. household furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | misc. books | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | necessary wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | horse saddles and horse suppies | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | term policy with Columbus Life | 1.00 | 0.00 | DA | 0.00 | FA |
| 11 | 100% interest in Sunset Meadows LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | Shona Wesley for Defecttive Horse | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1995 Ford Explorer (not running) | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1998 Jeep Wrangler | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1 Boat Trailer | 250.00 | 0.00 | DA | 0.00 | FA |
| 16 | desk and computer | 50.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1 steer | 200.00 | 0.00 | DA | 0.00 | FA |
| 18 | 3 dogs and 16 cats | 1.00 | 0.00 | DA | 0.00 | FA |
| 19 | 4 horses | 550.00 | 0.00 | DA | 0.00 | FA |
| **19** | **Assets Totals** (Excluding unknown values) | **$142,850.00** | **$7,500.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 31, 2012    **Current Projected Date Of Final Report (TFR):** July 25, 2012 (Actual)

Printed: 01/09/2013 06:10 AM   V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-80645 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | LOVETT, ROBYN L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******03-66 - Checking Account |
| Taxpayer ID #: | **-***7457 | | Blanket Bond: | $178,000.00 (per case limit) |
| Period Ending: | 01/09/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/11 | {2} | Wesley and Robyn L. Lovett | court ordered payment on 5766 Miner Rd., Thomson, IL | 1110-000 | 3,750.00 | | 3,750.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,725.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,700.00 |
| 01/24/12 | {2} | Robyn Lovett | payment on Thomson property | 1110-000 | 1,875.00 | | 5,575.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,550.00 |
| 02/28/12 | {2} | Robyn L. Lovett | March Final Payment | 1110-000 | 1,875.00 | | 7,425.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,400.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,375.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,350.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,325.00 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-80645, Blanket Bond #016018067 | 2300-000 | | 12.69 | 7,312.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,287.31 |
| 09/05/12 | 102 | BARRICK, SWITZER LAW FIRM | Dividend paid 100.00% on $1,188.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,188.00 | 6,099.31 |
| 09/05/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 4,599.31 |
| 09/05/12 | 104 | Diane Powers Carroll County Treasurer | Dividend paid 90.29% on $5,093.61; Claim# 2; Filed: $5,093.61; Reference: | 5800-000 | | 4,599.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.00** | **$7,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******03-66** | 7,500.00 | 7,500.00 | 0.00 |
| | **$7,500.00** | **$7,500.00** | **$0.00** |

{} Asset reference(s)      Printed: 01/09/2013 06:10 AM    V.13.11